UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULGINDER SRAN,<br><br>    Plaintiff,<br><br>  v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>    Defendant. | Case No.  15-cv-04471-JST<br><br>**CASE MANAGEMENT ORDER** |

Pursuant to the Court's Order Setting Initial Case Management Conference and ADR Deadlines, ECF No. 6, the parties were required to have done the following by December 9, 2015: met and conferred regarding initial disclosures, early settlement, ADR process selection, and a discovery plan; filed an ADR Certification signed by Parties and Counsel; and filed either a Stipulation to ADR Process or a Notice of Need for ADR Phone Conference.

It does not appear that the parties have complied with these deadlines. A discussion of ADR in a Joint Case Management Statement does not constitute compliance with the Court's scheduling order. The Court also recognizes that the parties may have been unable to comply with the December 9, 2015 deadline, given that Defendant did not appear in the case until December 22, 2015.

Accordingly, the Case Management Conference currently scheduled for January 6, 2016 is CONTINUED to January 27, 2016. An updated Joint Case Management Statement is not

/ / /

/ / /

/ / /

/ / /

1  required.  The parties are ordered to comply with the above-described ADR obligations by January
2  8, 2016.
3         IT IS SO ORDERED.
4  Dated:  December 29, 2015

_____
JON S. TIGAR
United States District Judge