Jay T. Jambeck (SBN 226018)
jjambeck@leighlawgroup.com
Mandy G. Leigh (SBN 225748)
LEIGH LAW GROUP, P.C.
870 Market Street, Suite 1157
San Francisco, CA 94102
Telephone:   415-399-9155
Facsimile:   415-795-3733

*Attorneys for Plaintiff*
KULGINDER SRAN


MICHAEL D. BRUNO (SBN 166805)
mbruno@gordonrees.com
ALYSON S. CABRERA  (SBN 222717)
acabrera@gordonrees.com
JENNIFER M. LYNCH (SBN 272976)
jlynch@gordonrees.com
GORDON & REES
SCULLY MANSUKHANI LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kulginder Sran, | CASE NO.   3:15-cv-04471-JST |
| Plaintiff, | **STIPULATION FOR AN ORDER GRANTING PLAINTIFF LEAVE TO FILE A FIRST AMENDED COMPLAINT AND [PROPOSED] ORDER** |
| vs. | |
| Regents of the University of California | |
| Defendants. | |

**STIPULATION FOR AN ORDER GRANTING PLAINTIFF LEAVE TO FILE A FIRST AMENDED COMPLAINT AND [PROPOSED] ORDER**
(CASE NO. 3:15-cv-04471-JST)                1

1 THE PARTIES TO THIS MATTER, by and through their respective attorneys of record
2 herein, do hereby stipulate and agree that Plaintiff shall have leave to file a first amended
3 complaint in the form attached hereto as Exhibit A.
4 Defendants do not, by this stipulation, agree that any of the allegations or claims asserted
5 in the FAC are meritorious. Further, Defendants reserve the right to file any appropriate
6 responsive pleading, including any dispositive motion, at the pleading stage.
7 The parties have agreed that Defendants shall have 30 days from the filing of the FAC to
8 file a responsive pleading including any dispositive motion.

10 DATED: FEBRUARY 29, 2016

11                                                  LEIGH LAW GROUP, P.C.

12                                                  /s/ Jay T. Jambeck

13                                                  _____
Jay T. Jambeck
14                                                  Attorney for Plaintiff

15 I, Jay T. Jambeck, hereby attest that I have on file all holograph signatures for any
16 signatures indicated by a "conformed" signature (/S/) within this efiled document.

17 DATED: FEBRUARY 29, 2016                    GORDON & REES SCULLY
18                                                  MANSUKHANI LLP

19                                                  /s/ Jennifer M. Lynch

20                                                  _____

21

22

23

24

25

26

27

**ORDER**

The parties have submitted a Stipulation for an Order Granting Plaintiff Leave to File a First Amended Complaint ("Stipulation"). Based on the Stipulation of the parties, Plaintiff is granted leave to file a first amended complaint in the form set forth at Exhibit A of the Stipulation. The first amended complaint shall be filed within five (5) days of the date of this order. Defendants shall have thirty (30) days from the filing of the first amended complaint to file a responsive pleading or Rule 12 motion.

**IT IS SO ORDERED.**

Dated: February 29, 2016



HON. JON
UNITED ST

**STIPULATION FOR AN ORDER GRANTING PLAINTIFF LEAVE TO FILE A FIRST AMENDED COMPLAINT AND [PROPOSED] ORDER**
(CASE NO. 3:15-cv-04471-JST)                        3