UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULGINDER SRAN,<br><br>          Plaintiff,<br><br>     v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>          Defendants. | Case No. 15-cv-04471-JST<br><br>**ADR ORDER** |

On March 17, 2016, the parties held an ADR phone conference with Tamara Lange of the Court's ADR unit. Having reviewed the ADR phone conference report, the Court orders the parties to complete private ADR within ninety days of (1) the filing of Defendants' Answer or (2) the Court's ruling on Defendants' motion to dismiss.

IT IS SO ORDERED.

Dated: March 21, 2016

                                                                      _____
                                                                                    JON S. TIGAR
                                                                              United States District Judge