1  Jay T. Jambeck (SBN 226018)
   jjambeck@leighlawgroup.com
2  Mandy G. Leigh (SBN 225748)
   LEIGH LAW GROUP, P.C.
3  870 Market Street, Suite 1157
   San Francisco, CA 94102
4  Telephone:    415-399-9155
   Facsimile:    415-795-3733
5
   *Attorneys for Plaintiff*
6  KULGINDER SRAN

7  MICHAEL D. BRUNO (SBN 166805)
   mbruno@gordonrees.com
8  ALYSON S. CABRERA  (SBN 222717)
   acabrera@gordonrees.com
9  JENNIFER M. LYNCH (SBN 272976)
   jlynch@gordonrees.com
10 GORDON & REES
   SCULLY MANSUKHANI LLP
11 275 Battery Street, Suite 2000
   San Francisco, CA 94111
12 Telephone:  (415) 986-5900
   Facsimile:  (415) 986-8054
13
14 Attorneys for Defendant
   THE REGENTS OF THE UNIVERSITY OF CALIFORNIA
15
16              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
17
18 KULGINDER SRAN,                        )   CASE NO.   3:15-cv-04471-JST
                                          )
19                  Plaintiff,            )   **STIPULATION FOR AN ORDER**
                                          )   **GRANTING EXTENSIONS OF TIME**
20          vs.                           )   **FOR THE FILING OF AN**
                                          )   **OPPOSITION AND REPLY TO**
21 REGENTS OF THE UNIVERSITY OF           )   **DEFENDANTS' MOTION TO**
   CALIFORNIA, Dr. LINDA CENTORE, an      )   **DISMISS**
22 individual, Dr. DOROTHY PERRY, an      )
   individual,                            )
23                                        )
                    Defendants.           )
24                                        )
                                          )
25                                        )
                                          )
26 _____ )

27

   **STIPULATION FOR AN ORDER GRANTING EXTENSIONS OF TIME FOR THE**
   **FILING OF AN OPPOSITION AND REPLY TO DEFENDANTS' MOTION TO DISMISS**
   **AND [PROPOSED] ORDER**
   (CASE NO. 3:15-cv-04471-JST)          1

1    THE PARTIES TO THIS MATTER, by and through their respective attorneys of record

2  herein, do hereby stipulate and agree that Plaintiff shall have a seven-day extension to file an

3  opposition to Defendant's Motion to Dismiss certain portions of the First Amended Complaint

4  [D.E. 23].  If approved by the Court, Plaintiff's opposition which is currently due April 14, 2016

5  will be due April 21, 2016.

6    The parties further agree that Defendants shall have a seven-day extension in which to file

7  their reply.   If approved by the Court, Defendants' reply which is currently due April 28, 2016

8  will be due May 5, 2016.

9    Plaintiff's extension is necessitated due to the fact that Plaintiff's counsel has a previously

10  scheduled vacation from April 7-14, 2016.  Defendants have therefore requested a commensurate

11  extension.

12    The hearing on Defendants' Motion to Dismiss is set for June 9, 2016 at 2:00 p.m.

13

14  DATED: APRIL 6, 2016

15                                         LEIGH LAW GROUP, P.C.

16                                         /s/ Jay T. Jambeck

17                                         _____
                                           Jay T. Jambeck
18                                         Attorney for Plaintiff

19    I, Jay T. Jambeck, hereby attest that I have on file all holograph signatures for any
20  signatures indicated by a "conformed" signature (/S/) within this efiled document.

21  DATED: APRIL 6, 2016                     GORDON & REES SCULLY
                                            MANSUKHANI LLP
22
                                           /s/ Jennifer M. Lynch
23

24                                         _____

25

26

27

**STIPULATION FOR AN ORDER GRANTING EXTENSIONS OF TIME FOR THE
FILING OF AN OPPOSITION AND REPLY TO DEFENDANTS' MOTION TO DISMISS
AND [PROPOSED] ORDER**

1

**<u>ORDER</u>**

2    The parties have submitted a Stipulation for an Order Granting Extensions of Time for the

3   Filing of an Opposition and Reply to the Defendants' Motion to Dismiss ("Stipulation").  Based

4   on the Stipulation of the parties, and for good cause shown, Plaintiff is granted an extension until

5   on or before April 21, 2016 to file an opposition to the Defendants' Motion to Dismiss.

6   Defendants are granted a commensurate extension until on or before May 5, 2016 for the filing of

7   a reply in support of their Motion to Dismiss.

8    **IT IS SO ORDERED.**

9

10

11    Dated: April 6, 2016



12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION FOR AN ORDER GRANTING EXTENSIONS OF TIME FOR THE
FILING OF AN OPPOSITION AND REPLY TO DEFENDANTS' MOTION TO DISMISS
AND [PROPOSED] ORDER**
(CASE NO. 3:15-cv-04471-JST)        3