MICHAEL D. BRUNO (SBN 166805)
mbruno@gordonrees.com
ALYSON S. CABRERA (SBN 222717)
acabrera@gordonrees.com
JENNIFER M. LYNCH (SBN 272976)
jlynch@gordonrees.com
GORDON & REES
SCULLY MANSUKHANI LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,
DR. LINDA CENTORE AND DR. DOROTHY PERRY

JAY T. JAMBECK (SBN 226018)
MANDY G. LEIGH (SBN 225748)
LEIGH LAW GROUP, P.C.
870 Market Street, Suite 1157
San Francisco, CA 94102
Telephone:    415-399-9155
Facsimile:    415-795-3733
mleigh@leighlawgroup.com
jjambeck@leighlawgroup.com

Attorneys for Plaintiff
KULGINDER SRAN

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| KULGINDER SRAN,<br><br>           Plaintiff,<br><br>vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, Dr. LINDA CENTORE, an individual, Dr. DOROTHY PERRY, an individual,<br><br>           Defendants.<br>_____ | Case No.  C-15-4471-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FACT DISCOVERY DEADLINE** |

-1-
STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE FACT DISCOVERY DEADLINE

## RECITALS

WHEREAS the trial date in this matter is currently set for April 17, 2017;

WHEREAS the deadline for completion of all non-expert discovery is October 14, 2016;

WHEREAS Plaintiff's counsel recently propounded a substantial amount of discovery on Defendants, which Defendants need additional time to respond to;

WHEREAS the parties need additional time to conduct fact discovery;

WHEREAS the pleadings are not settled as the Court has not yet ruled on Defendants' Motion to Dismiss Portions of Plaintiff's First Amended Complaint;

WHEREAS the Court's ruling on Defendant's Motion to Dismiss may impact the discoverable issues in this matter;

WHEREAS the parties would suffer prejudice if the fact discovery cut-off date is not continued in light of the outstanding discovery needed;

WHEREAS extending the fact discovery cut-off date will not impact any of the other deadlines in the Court's scheduling Order.

## STIPULATION

THEREFORE, IT IS HEREBY STIUPLATED THAT the fact discovery cut-off deadline in this matter is continued for approximately thirty (30) days from October 14, 2016, until November 14, 2016.

Dated: August 16, 2016                              GORDON & REES LLP

                                                    By: /s/Jennifer M. Lynch
                                                        Alyson S. Cabrera
                                                        Jennifer M. Lynch
                                                        Attorneys for Defendants

Dated: August 16, 2016                              LEIGH LAW GROUP

                                                    By: /s/Jay T. Jambeck
                                                        Jay T. Jambeck
                                                        Mandy Leigh
                                                        Attorneys for Plaintiff

STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE FACT DISCOVERY DEADLINE

**[PROPOSED] ORDER**

It is hereby ordered that the fact discovery cut-off deadline in this matter is continued from October 14, 2016, until November 14, 2016.

IT IS SO ORDERED.

Dated: August 16, 2016

_____
HON. JON S. TIGAR



-3-
STIPULATION AND PROPOSED ORDER TO CONTINUE FACT DISCOVERY DEADLINE