1  MICHAEL D. BRUNO (SBN: 166805)
   mbruno@gordonrees.com
2  ALYSON S. CABRERA  (SBN 222717)
   acabrera@gordonrees.com
3  JENNIFER M. LYNCH (SBN 272976)
   jlynch@gordonrees.com
4  GORDON & REES
   SCULLY MANSUKHANI LLP
5  275 Battery Street, Suite 2000
   San Francisco, CA 94111
6  Telephone:  (415) 986-5900
   Facsimile:  (415) 986-8054

7
   Attorneys for Defendant
8  REGENTS OF THE UNIVERSITY OF CALIFORNIA

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| KULGINDER SRAN,<br><br>Plaintiff,<br><br>vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA<br><br>Defendants. | Case No.  C-15-4471-JST<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING EXPERT REBUTTAL AND EXPERT DISCOVERY DEADLINES**<br><br>Complaint Filed: September 30, 2015 |

**RECITALS**

WHEREAS the parties have exchanged written discovery and substantial documents in the case, conducted numerous witness depositions, and otherwise diligently worked together to move the case forward;

WHEREAS the current deadline to disclose rebuttal expert witnesses is May 1, 2017;

WHEREAS the current expert discovery cutoff is May 15, 2017;

WHEREAS the parties are in the process of completing substantial expert witness discovery;

WHEREAS both parties anticipate disclosing rebuttal expert witnesses;

-1-
STIPULATION AND [PROPOSED] ORDER – Case No. C-15-4471-JST

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1  WHEREAS both parties anticipate taking multiple expert witness depositions;

2  WHEREAS the parties have identified an issue impacting the scope of testimony to be provided by expert witnesses relating to the issue of damages and therefore require additional time to meet and confer about the issue so as to reach a possible agreement;

WHEREAS the parties need additional time to meaningfully conduct expert witness discovery thereafter;

WHEREAS the parties are still in active settlement negotiations with Justice Lambden of ADR Services following mediation on November 15, 2016, and would like to continue participating in settlement discussions;

WHEREAS the parties respectfully request that the Court continue the current expert discovery deadlines as outlined by the parties below, or as soon thereafter as the Court is available.

WHEREAS the continuance of the deadlines as proposed below will not impact the August 14, 2017 trial date, or any other deadlines set by this Court.

WHEREAS, alternatively, the parties request a CMC to further discuss these issues with the Court.

## **STIPULATION**

THEREFORE, IT IS HEREBY STIPULATED THAT the expert rebuttal and expert discovery cutoff deadlines are continued as follows:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Expert rebuttal | May 1, 2017 | June 16, 2017 |
| Expert Discovery Cutoff | May 15, 2017 | June 30, 2017 |

///

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

Dated: April 20, 2017					GORDON & REES
							SCULLY MANSUKHANI LLP


							By:	/s/ *Jennifer M. Lynch*
								JENNIFER M. LYNCH
							Attorney for Defendant
							REGENTS OF THE UNIVERSITY OF
							CALIFORNIA

Dated: April 20, 2017					LEIGH LAW GROUP


							By:	*/s/ Jay Jambeck*
								Jay Jambeck
							Attorney for Plaintiff
							KULGINDER SRAN

### [PROPOSED] ORDER

According to the parties' stipulation, and good cause appearing, it is hereby ordered that the expert rebuttal and expert discovery cutoff deadlines of this matter are hereby continued as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Expert rebuttal | May 1, 2017 | June 16, 2017 |
| Expert Discovery Cutoff | May 15, 2017 | June 30, 2017 |

IT IS SO ORDERED.

Dated: April 25, 2017					_____
							Hon. Jon S. Tigar

UCR/1112749/32581486v.1